**atlanta BREAD**

Munroe Foods Two, LLC/BC#C

| Employee ID | Employee Name | Social Sec. No. | Date |
|---|---|---|---|
| 52001 | **ANNA N. SIGIDA** | XXX-XX-9169 | 07/12/2013 |

| Start Per. | End Per. | Vacation Hours Available | Sick Time Available |
|---|---|---|---|
| June 22, 2013 | July 5, 2013 | 37.00 | 24.00 |

## PAY

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SCKS | $13.12 | 16.00 | $210.00 |
| SLRY | $13.12 | 64.00 | $840.00 |
| BONS | $0.00 | 0.00 | $0.00 |
| VSLY | $0.00 | 0.00 | $0.00 |
| | | 80.00 | $1,050.00 |

## TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $66.10 | $1,050.68 |
| Med. | $12.53 | $199.15 |
| S.S. | $53.57 | $851.53 |
| FIT | $0.00 | $26.55 |
| GA | $15.77 | $283.27 |

## DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| DE_ESP | $13.88 | $124.92 |
| HL_ESP | $172.06 | $1,548.54 |
| | $185.94 | $1,673.46 |

## BENEFITS

| Code | Amount | YTD |
|---|---|---|
| DE_ESP | $13.87 | $124.83 |
| HL_ESP | $141.05 | $1,269.45 |
| | $154.92 | $1,394.28 |

**Totals**

Gross YTD $15,407.85     Net YTD $12,373.89     Net Pay $782.19

---

**atlanta BREAD**

Munroe Foods Two, LLC/BC#C  1200 Wilson Way SE
Suite 100
Smyrna, GA 30082

Vinings Bank
4135 Atlanta Road
Smyrna, GA 30080

DD000076
64-2098/611

Pay  *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

DATE  Jul 12, 2013     AMOUNT  $0.00

to the Order of:

*ANNA N. SIGIDA*
**939 Creek Cove Way
Loganville, Ga 30052**

VOID

Non-Negotiable
Void after 180 days

# atlanta BREAD

Munroe Foods Two, LLC/BC#0

| Employee ID | Employee Name | Social Sec. No. | Date |
|---|---|---|---|
| 52001 | **ANNA N. SIGIDA** | XXX-XX-9169 | 05/02/2014 |

Start Per. April 12, 2014     End Per. April 25, 2014

## PAY

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SLRY | 27,300.00 | 80.00 | $1,050.00 |
| SCKS | $0.00 | 0.00 | $0.00 |
| | | 80.00 | $1,050.00 |

## TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $70.71 | $617.96 |
| Med. | $13.40 | $117.13 |
| S.S. | $57.31 | $500.83 |
| FIT | $0.00 | $0.00 |
| GA | $19.38 | $159.98 |

## DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| DE-ES | $13.06 | $65.30 |
| PL-E/S | $112.61 | $450.44 |
| DE_ESP | $0.00 | $55.52 |
| HL_ESP | $0.00 | $688.24 |
| PL-ES | $0.00 | $112.61 |
| | $125.67 | $1,372.11 |

## BENEFITS

| Code | Amount | YTD |
|---|---|---|
| DE-ES | $13.06 | $65.30 |
| PL-E/S | $92.14 | $368.56 |
| DE_ESP | $0.00 | $55.48 |
| HL_ESP | $0.00 | $564.20 |
| PL-ES | $0.00 | $92.14 |
| | $105.20 | $1,145.68 |

**Totals**

Gross YTD $9,450.00    Net YTD $7,299.95    Net Pay $834.24

---

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

# atlanta BREAD

Munroe Foods Two, LLC/BC#0
1200 Wilson Way SE
Suite 100
Smyrna, GA 30082

Vinings Bank
4135 Atlanta Road
Smyrna, GA 30080

DD000120
64-2098/611

Pay  *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

DATE May 2, 2014    AMOUNT $0.00

to the Order of:

ANNA N. SIGIDA
939 Creek Cove Way
Loganville, Ga 30052

VOID

Non-Negotiable

Void after 180 days



Munroe Foods Two, LLC/BC#C

**Employee ID** 52001

**Employee Name**
**ANNA N. SIGIDA**

**Social Sec. No.** XXX-XX-9169
**Date** 05/16/2014

**Start Per.** April 26, 2014
**End Per.** May 9, 2014

## PAY

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SLRY | 27,300.00 | 80.00 | $1,050.00 |
| SCKS | $0.00 | 0.00 | $0.00 |
| | | 80.00 | $1,050.00 |

## TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $70.71 | $688.67 |
| Med. | $13.40 | $130.53 |
| S.S. | $57.31 | $558.14 |
| FIT | $0.00 | $0.00 |
| GA | $19.38 | $179.36 |

## DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| DE-ES | $13.06 | $78.36 |
| PL-E/S | $112.61 | $563.05 |
| DE_ESP | $0.00 | $55.52 |
| HL_ESP | $0.00 | $688.24 |
| PL-ES | $0.00 | $112.61 |
| | $125.67 | $1,497.78 |

## BENEFITS

| Code | Amount | YTD |
|---|---|---|
| DE-ES | $13.06 | $78.36 |
| PL-E/S | $92.14 | $460.70 |
| DE_ESP | $0.00 | $55.48 |
| HL_ESP | $0.00 | $564.20 |
| PL-ES | $0.00 | $92.14 |
| | $105.20 | $1,250.88 |

**Totals**

**Gross YTD** $10,500.00    **Net YTD** $8,134.19    **Net Pay** $834.24

---

Munroe Foods Two, LLC/BC#C 1200 Wilson Way SE
Suite 100
Smyrna, GA 30082

**Vinings Bank**
4135 Atlanta Road
Smyrna, GA 30080

DD000122
64-2098/611

Pay *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

**DATE** May 16, 2014    **AMOUNT** $0.00

to the Order of:

ANNA N. SIGIDA
939 Creek Cove Way
Loganville, Ga 30052

VOID

Non-Negotiable

Void after 180 days

**atlanta BREAD**

Munroe Foods Two, LLC/BC#0

| Employee ID | Employee Name | Social Sec. No. | Date |
|---|---|---|---|
| 52001 | **ANNA N. SIGIDA** | XXX-XX-9169 | 11/01/2013 |

| Start Per. | End Per. | Vacation Hours Available | Sick Time Available |
|---|---|---|---|
| October 12, 2013 | October 25, 2013 | 61.64 | 16.00 |

## PAY

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SLRY | 27,300.00 | 80.00 | $1,050.00 |
| BONS | $0.00 | 0.00 | $0.00 |
| SCKS | $0.00 | 0.00 | $0.00 |
| VSLY | $0.00 | 0.00 | $0.00 |
| | | 80.00 | $1,050.00 |

**Totals**

Gross YTD  $23,807.85

## TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $66.11 | $1,579.49 |
| Med. | $12.53 | $299.38 |
| S.S. | $53.58 | $1,280.11 |
| FIT | $0.00 | $26.55 |
| GA | $15.77 | $409.43 |

Net YTD  $18,631.40

## DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| DE_ESP | $13.88 | $235.96 |
| HL_ESP | $172.06 | $2,925.02 |
| | $185.94 | $3,160.98 |

## BENEFITS

| Code | Amount | YTD |
|---|---|---|
| DE_ESP | $13.87 | $235.79 |
| HL_ESP | $141.05 | $2,397.85 |
| | $154.92 | $2,633.64 |

Net Pay  $782.18

---



Munroe Foods Two, LLC/BC#0  1200 Wilson Way SE
Suite 100
Smyrna, GA 30082

Vinings Bank
4135 Atlanta Road
Smyrna, GA 30080

DD000092
64-2098/611

Pay  *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

**DATE**  Nov 1, 2013

**AMOUNT**  $0.00

to the Order of:

*ANNA N. SIGIDA*
**939 Creek Cove Way**
**Loganville, Ga 30052**

VOID

Non-Negotiable
Void after 180 days

**atlanta BREAD**

Munroe Foods Two, LLC/BC#C

| Employee ID | Employee Name | Social Sec. No. | Date |
|---|---|---|---|
| 52001 | **ANNA N. SIGIDA** | XXX-XX-9169 | 11/15/2013 |

| Start Per. | End Per. | Vacation Hours Available | Sick Time Available |
|---|---|---|---|
| October 26, 2013 | November 8, 2013 | 64.72 | 16.00 |

## PAY

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SLRY | 27,300.00 | 80.00 | $1,050.00 |
| BONS | $0.00 | 0.00 | $0.00 |
| SCKS | $0.00 | 0.00 | $0.00 |
| VSLY | $0.00 | 0.00 | $0.00 |
|  |  | 80.00 | $1,050.00 |

## TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $66.10 | $1,645.59 |
| Med. | $12.53 | $311.91 |
| S.S. | $53.57 | $1,333.68 |
| FIT | $0.00 | $26.55 |
| GA | $15.77 | $425.20 |

## DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| DE_ESP | $13.88 | $249.84 |
| HL_ESP | $172.06 | $3,097.08 |
|  | $185.94 | $3,346.92 |

## BENEFITS

| Code | Amount | YTD |
|---|---|---|
| DE_ESP | $13.87 | $249.66 |
| HL_ESP | $141.05 | $2,538.90 |
|  | $154.92 | $2,788.56 |

**Totals**

**Gross YTD** $24,857.85        **Net YTD** $19,413.59        **Net Pay** $782.19

---



Munroe Foods Two, LLC/BC#C 1200 Wilson Way SE Suite 100, Smyrna, GA 30082

Vinings Bank
4135 Atlanta Road
Smyrna, GA 30080

DD000094
64-2098/611

Pay  *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

DATE  Nov 15, 2013        AMOUNT  $0.00

to the Order of:

*ANNA N. SIGIDA*
939 Creek Cove Way
Loganville, Ga 30052

VOID

Non-Negotiable
Void after 180 days



nroe Foods Two, LLC/BC#C

**Employee ID** 52001

**Employee Name** ANNA N. SIGIDA

**Social Sec. No.** XXX-XX-9169

**Date** 06/13/2014

**Start Per.** May 24, 2014

**End Per.** June 6, 2014

## PAY

| Code | Rate | Hours | Amount |
|------|------|-------|--------|
| SLRY | 27,300.00 | 80.00 | $1,050.00 |
| SCKS | $0.00 | 0.00 | $0.00 |
|      |      | 80.00 | $1,050.00 |

**Totals**

## TAXES

| Code | Withheld | YTD |
|------|----------|-----|
| FICA | $70.71 | $830.09 |
| Med. | $13.41 | $157.34 |
| S.S. | $57.30 | $672.75 |
| FIT  | $0.00  | $0.00 |
| GA   | $19.38 | $218.12 |

## DEDUCTIONS

| Code | Amount | YTD |
|------|--------|-----|
| DE-ES  | $13.06  | $104.48 |
| PL-E/S | $112.61 | $788.27 |
| DE_ESP | $0.00   | $55.52 |
| HL_ESP | $0.00   | $688.24 |
| PL-ES  | $0.00   | $112.61 |
|        | $125.67 | $1,749.12 |

## BENEFITS

| Code | Amount | YTD |
|------|--------|-----|
| DE-ES  | $13.06 | $104.48 |
| PL-E/S | $92.14 | $644.98 |
| DE_ESP | $0.00  | $55.48 |
| HL_ESP | $0.00  | $564.20 |
| PL-ES  | $0.00  | $92.14 |
|        | $105.20 | $1,461.28 |

**Gross YTD** $12,600.00          **Net YTD** $9,802.67          **Net Pay** $834.24

---

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

**Vinings Bank**
4135 Atlanta Road
Smyrna, GA 30080

**DD000126**
64-2098/611

atlanta BREAD

Munroe Foods Two, LLC/BC#C 1200 Wilson Way SE
Suite 100
Smyrna, GA 30082

**DATE** Jun 13, 2014     **AMOUNT** $0.00

Pay  *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

to the Order of:

ANNA N. SIGIDA
939 Creek Cove Way
Loganville, Ga 30052

VOID

Non-Negotiable
Void after 180 days



Munroe Foods Two, LLC/BC#C

**Employee ID** 52001

**Employee Name** ANNA N. SIGIDA

**Social Sec. No.** XXX-XX-9169   **Date** 05/30/2014

**Start Per.** May 10, 2014   **End Per.** May 23, 2014

### PAY

| Code | Rate | Hours | Amount |
|---|---|---|---|
| SLRY | 27,300.00 | 80.00 | $1,050.00 |
| SCKS | $0.00 | 0.00 | $0.00 |
| Totals | | 80.00 | $1,050.00 |

**Gross YTD** $11,550.00

### TAXES

| Code | Withheld | YTD |
|---|---|---|
| FICA | $70.71 | $759.38 |
| Med. | $13.40 | $143.93 |
| S.S. | $57.31 | $615.45 |
| FIT | $0.00 | $0.00 |
| GA | $19.38 | $198.74 |

**Net YTD** $8,968.43

### DEDUCTIONS

| Code | Amount | YTD |
|---|---|---|
| DE-ES | $13.06 | $91.42 |
| PL-E/S | $112.61 | $675.66 |
| DE_ESP | $0.00 | $55.52 |
| HL_ESP | $0.00 | $688.24 |
| PL-ES | $0.00 | $112.61 |
| | $125.67 | $1,623.45 |

### BENEFITS

| Code | Amount | YTD |
|---|---|---|
| DE-ES | $13.06 | $91.42 |
| PL-E/S | $92.14 | $552.84 |
| DE_ESP | $0.00 | $55.48 |
| HL_ESP | $0.00 | $564.20 |
| PL-ES | $0.00 | $92.14 |
| | $105.20 | $1,356.08 |

**Net Pay** $834.24

---

TO VERIFY AUTHENTICITY, SEE REVERSE SIDE FOR DESCRIPTION OF THE 11 SECURITY FEATURES

Vinings Bank
4135 Atlanta Road
Smyrna, GA 30080

DD000124
64-2098/611

Munroe Foods Two, LLC/BC#C 1200 Wilson Way SE
Suite 100
Smyrna, GA 30082

Pay *** TRANSFERRED BY ELECTRONIC FUNDS TRANSFER ***

**DATE** May 30, 2014   **AMOUNT** $0.00

to the Order of:

ANNA N. SIGIDA
939 Creek Cove Way
Loganville, Ga 30052

VOID

Non-Negotiable
Void after 180 days