## Productivity:

If your Associates aren't being productive at all times, they need to be off of the clock. There is something to be said about the "busy bee" work ethic and it keeps the energy level of the Bakery Café up during slower times. In addition, when there is not enough to keep everyone busy, you run the risk of your Associates losing focus and your Guest Service and Hospitality levels to decline.

## Move higher dollar Associates into salary:

If you have a quality Associate that is approaching the max-out point on your payroll, you may want to consider moving them to a salaried Shift Manager position. While you may pay them a little more per hour, you can schedule them 50 hours per week and avoid overtime charges. This approach should only be taken with your top performers who are considered to be your most trustworthy Associates.

## Expect more out of your higher-wage Associates.

High wage Associates should be leaders in your Bakery Café with the ability to take on more responsibility. They should be more efficient than your entry-level Associates and should realistically be expected to do the work of two or more Associates during non-peak periods. By placing higher expectations on these Associates, you can delegate tasks and increase their commitment to your Bakery Café.

## Monitor your sales projections hourly:

The key to hitting labor is to be proactive as opposed to reactive. You should know where you are in relation to your projections at any given time and be making adjustments accordingly. A good rule of thumb is for every $100 in sales that you are plus or minus, you should adjust your labor one hour plus or minus to compensate.

## Manage labor variances at end of the day:

When doing the closing paperwork, compare the Employee Time Card and Job Detail report to the number of hours scheduled. This will alert you to variances between your projected and actual hours. Keep in mind that the variance may be due to an increase or decrease in sales. If you do experience a variance in hours that puts you farther away from your budget and there are no sales to justify it, you will need to set up a plan for the rest of the week to compensate.