IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANNA N. SIGIDA, DALE M. IRVING, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| MUNROE FOODS 2 LLC d/b/a | ) | NO. 1:14-CV-3968-RWS |
| ATLANTA BREAD COMPANY, | ) | |
| MUNROE FOODS HOLDINGS LLC | ) | |
| AND BAKE ONE INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DISCOVERY PERIOD

The parties jointly move the Court to extend the existing discovery cutoff by 60 days, from November 5, 2015 to January 4, 2016.  The grounds for this motion are that there are three pending motions before the court, and the parties would prefer to have these motions decided before scheduling depositions and additional discovery.

The following motions are currently pending before the court:  Defendant Bake One Inc.'s motion to dismiss or for partial summary judgment; Defendant Munroe Foods 2 LLC's motion for judgment on the pleadings; and Plaintiffs' motion for leave to file a second amended complaint.  The parties have not yet

APPROVED this 28 day of _Oct_ , 20_15_

_____
U.S. District Judge
RICHARD W. STORY

scheduled depositions, as they are awaiting the court's ruling on the pending motions before doing so.  An extension of the discovery cutoff would help ensure adequate time for completion of discovery while still permitting a timely resolution of this case.

For these reasons, the parties jointly and respectfully request that this Court extend the existing discovery cutoff by at 60 days, through January 4, 2016.

Respectfully submitted this 27th day of October, 2015.

/s Michelle W. Johnson
Michelle W. Johnson
Georgia Bar No. 759611
Email:  michelle.johnson@nelsonmullins.com
Jessica L. Rutledge
Georgia Bar No. 760076
Email:  jessica.rutledge@nelsonmullins.com
Attorneys for Defendants

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW
Suite 1700
Atlanta, GA  30363
Telephone:  (404) 322-6000
Facsimile:  (404) 322-6050

/s/ Anna N. Sigala
Anna N. Sigala

/s/ Dale M. Irving
Dale M. Irving
Plaintiffs

939 Creek Cove Way
Loganville, GA 30052
Phone: (404) 401-2172